UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                         Case No.  05-cr-174-01-SM

Kelly Guay

O R D E R

Defendant Guay's motion to continue the final pretrial conference and trial is granted (document 15). Trial has been rescheduled for the May 2006 trial period. Defendant Guay shall file a waiver of speedy trial rights not later than March 23, 2006. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  April 19, 2006 at 3:30 p.m.

**Jury Selection**:  May 2, 2006 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

March 16, 2006

cc:  Michael Sheehan, Esq.
     Helen Fitzgibbon, AUSA
     US Probation
     US Marshal