```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>United States</u>

      v.                        05-cr-174-01-SM

<u>Kelly Guay</u>

<u>ORDER</u>

    Re: Document No. 05-cr-174-01-SM, United States v. Kelly Guay

    Ruling: Denied. Defendant's motion (by letter) for transcript copies, presumably free of charge, is necessarily denied. There is no appeal pending and no showing by defendant of a need for transcript copies, and, finally, transcripts were not ordered and have not been prepared. Absent some plausible need, transcripts are not provided free of charge. Defendant may, of course, order (and pay for) transcripts directly from the court reporter(s).

                                              Steven J. McAuliffe
                                              Chief District Judge

Date: December 21, 2006

cc: Kelly Guay, pro se